IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| JOSE R. DIAZ, | : | |
| Plaintiff | : | |
| VS. | : | |
| DR. DEWAYNE AYERS, *et al.*, | : | 1:05-CV-134(WLS) |
| Defendants | : | O R D E R |

Plaintiff **JOSE R. DIAZ** has filed a motion to proceed *in forma pauperis* on appeal (Tab # 8) from the Court's order dismissing his lawsuit without prejudice for the reason that, while incarcerated, plaintiff had three prisoner actions dismissed by United States courts as frivolous pursuant to 28 U.S.C. § 1915(g). After reviewing the record, the Court certifies that an appeal from that order cannot be taken in good faith. 28 U.S.C. § 1915(a)(3). Accordingly, having been carefully considered, plaintiff's motion to proceed *in forma pauperis* on appeal is hereby **DENIED**.

If plaintiff wishes to proceed with his appeal, he must pay the entire $255 appellate filing fee. Because plaintiff has stated that he cannot pay the $255 immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to section 1915(b), the prison account custodian where plaintiff is incarcerated shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to plaintiff's account until the $255 appellate filing fee has been paid in full. Twenty percent of any deposits into the prisoner's account shall be withheld by the prison account custodian who, on a monthly basis, shall forward the amount withheld from the prisoner's account to the Clerk of this Court

each time the amount in the account exceeds $10.00 until the total filing fee of $255 has been paid. Checks should be made payable to "Clerk, U.S. District Court."

    A copy of this order shall be served upon plaintiff's prison account custodian.
    **SO ORDERED**, this ___1st___ day of __November__, 2005.

                                          W. LOUIS SANDS, CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT